UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **EDWARD F. BREAUX, JR. AND LINDA BREAUX** | **CIVIL ACTION NO. 6:22-cv-5169** |
| **VERSUS** | **JUDGE** |
| **KEVIN RAY WORRELL, CITY OF WILSON, NORTH CAROLINA and THE TRAVELERS INDEMNITY COMPANY** | **MAGISTRATE JUDGE** |

## NOTICE OF REMOVAL

THE TRAVELERS INDEMNITY COMPANY files this Notice of Removal of this cause from the 16th Judicial District Court, Parish of St. Mary, State of Louisiana, in which it is now pending, to the United States District Court for the Western District of Louisiana, Lafayette Division. This removal is predicated upon the fact that there is diversity of citizenship between the parties in this litigation and the amount in controversy exceeds the federal jurisdictional amount, exclusive of interest and costs.

1. This case was filed in the 16th Judicial District Court, Parish of St. Mary, State of Louisiana, with citation and plaintiff's petition for damages setting forth the claim for relief upon which this action is based. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit 1 is a complete copy of all process, pleadings and orders served on Defendant, The Travelers Indemnity Company.

2. Because the petition failed to include the required statement regarding whether the damages reached the jurisdictional amount for federal court jurisdiction, defendants filed an exception of vagueness. In response and after discussion with counsel, plaintiffs filed an amended petition on August 22, 2022 in which plaintiffs stipulated that the damages at issue exceed $75,000.00.

3. This action is one of a civil nature for alleged personal injury.

4. Upon information and belief, plaintiffs are citizens of the State of Louisiana and domiciled in Assumption Parish, as alleged in the petition.

5. Defendant, Kevin Ray Worrell is a citizen of the State of North Carolina, and domiciled in the County of Wilson, with his primary residence declared to be 4572 Eatmon Road, Bailey, North Carolina 27807.

6. Defendant, City of Wilson, North Carolina is a public entity, domiciled in the State of North Carolina, County of Wilson, with its principal place of business located at 1800 Herring Avenue, Wilson, North Carolina 27893.

7. The Travelers Indemnity Company is a foreign corporation, incorporated in the State of Connecticut with its principal place of business located at One Tower Square, Hartford, Connecticut 06183, and is wholly owned by its parent corporation, The Travelers Companies, Inc. that is incorporated in Connecticut with its principal place of business located at, One Tower Square, Hartford, Connecticut 06183.

8. Upon information and belief, defendant The Travelers Indemnity Company was served through the Louisiana Secretary of State on July 13, 2022. Upon information and belief, defendant City of Wilson, North Carolina was served via Louisiana Long Arm Statute on July 15, 2022. Upon information and belief, defendant Kevin Ray Worrell was served through was served via Louisiana Long Arm Statute on July 21, 2022. All served defendants consent to the removal of this matter.[1]

9. The above described action is one over which this court has original jurisdiction under the provisions of 28 U.S.C. 1332, in that plaintiff counsel advised

---

[1] See *Consent to Removal and Confirmation of Foreign Citizenship* of the City of Wilson, North Carolina and Kevin Ray Worrell, marked and attached as Exhibit 2.

undersigned counsel via email on August 11, 2022 that he was preparing an amended petition and will allege that in good faith Plaintiffs' claims exceed $75,000.[2] Plaintiffs' counsel similarly provided a copy of the amended petition that he forwarded for filing on August 22, 2022.[3]

10. Plaintiffs' amended petition alleges that the plaintiffs sustained significant injuries in that Linda Breaux has undergone 2 surgeries and both are still treating. Medical records provided by plaintiffs' counsel also indicate that Edward Breaux had prior neck and back fusion surgeries that since this accident he is treating for chronic pain syndrome and his treating physician has recommended that he consider a spinal cord stimulator.[4]

9. Notice of this removal has been made to all adverse parties and to the 16th Judicial District Court for the Parish of St. Mary by the filing of a notice pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted:

　/s/ Gregory A. Grefer
**GREGORY A. GREFER (Bar No. 22067)**
**BARBARA MALIK (Bar No. 20280)**
MARICLE & ASSOCIATES
# 1 Sanctuary Boulevard, Suite 202
Mandeville, Louisiana 70471
Telephone: (985) 727-5021
Facsimile: (888) 341-6954
Email:  ggrefer@travelers.com
　　　　bmalik@travelers.com
*Attorney for Defendant, The Travelers Indemnity Company*

---

[2] See email from plaintiff counsel dated August 11, 2022, marked and attached as Exhibit 3.
[3] See Plaintiffs' First Supplemental and Amending Petition, Paragraph 5(a), marked and attached as Exhibit 4.
[4] See excerpt of medical records from Thibodeaux Regional Health System, pain management clinic, marked and attached as Exhibit 5.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been this date been forwarded to all counsel of record in this proceeding via electronic mail, this 31st day of August, 2022.

/s/ Gregory A. Grefer
**GREGORY A. GREFER**